UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| STEVE SANDS, | | |
| | Plaintiff, | Docket No. 1:18-cv-8228 |
| - against - | | JURY TRIAL DEMANDED |
| OUTER PLACES LLC | | |
| | Defendant. | |

## COMPLAINT

Plaintiff Steve Sands ("Sands" or "Plaintiff") by and through his undersigned counsel, as and for his Complaint against Defendant Outer Places LLC ("Outer Places" or "Defendant") hereby alleges as follows:

## NATURE OF THE ACTION

1.      This is an action for copyright infringement under Section 501 of the Copyright Act and for the removal and/or alteration of copyright management information under Section 1202(b) of the Digital Millennium Copyright Act. This action arises out of Defendant's unauthorized reproduction and public display of a copyrighted photograph of actress Krysten Ritter on the set of the TV series Jessica Jones, owned and registered by Sands, a New York based professional photographer. Accordingly, Sands seeks monetary relief under the Copyright Act of the United States, as amended, 17 U.S.C. § 101 *et seq.*

## JURISDICTION AND VENUE

2.      This claim arises under the Copyright Act, 17 U.S.C. § 101 *et seq.*, and this Court has subject matter jurisdiction over this action pursuant to 28 U.S.C. §§ 1331 and 1338(a).

3.     This Court has personal jurisdiction over Defendant because Defendant resides in and/or transacts business in New York.

4.     Venue is proper in this District pursuant to 28 U.S.C. § 1391(b).

## PARTIES

5.     Sands is a professional photographer in the business of licensing his photographs to online and print media for a fee having a usual place of business at 568 Grand St., Apt. J903, New York, NY 10002.

6.     Upon information and belief, Outer Places is a foreign limited liability company duly organized and existing under the laws of the State of Delaware, with a place of business at 114 W 17th Street, New York, NY 10011. At all times material, hereto, Outer Places has owned and operated a website at the URL: www.outerplaces.com (the "Website").

## STATEMENT OF FACTS

### A.     Background and Plaintiff's Ownership of the Photograph

7.     Sands photographed actress Krysten Ritter on the set of the TV series Jessica Jones (the "Photograph"). A true and correct copy of the Photograph is attached hereto as Exhibit A.

8.     Sands is the author of the Photograph and has at all times been the sole owner of all right, title and interest in and to the Photograph, including the copyright thereto.

9.     The Photograph was registered with the United States Copyright Office and was given registration number VA 2-009-612 and titled "Jessica Jones walking down Alley #2 May 26, 2015."  See Exhibit B.

### B.     Defendant's Infringing Activities

10.    On or about September 11, 2015 Outer Places ran an article on the Website titled *Marvel Television Bringing Agents of S.H.I.E.L.D., Jessica Jones and Daredevil to New York Comic Con.* See URL https://www.outerplaces.com/science-fiction/item/9837-marvel-television-bringing-agents-of-s-h-i-e-l-d-jessica-jones-and-daredevil-to-new-york-comic-con. The article prominently featured the Photograph. A true and correct copy of the article and screen shot of the Photograph on the article are attached hereto as Exhibit C.

11.    Outer Places did not license the Photograph from Plaintiff for its article, nor did Outer Places have Plaintiff's permission or consent to publish the Photograph on its Website.

12.    Outer Places has a history of infringing on Plaintiff's photographs. In 2016, Plaintiff sued Outer Places for copyright infringement for using another one of Plaintiff's photographs without permission.

## FIRST CLAIM FOR RELIEF
## (COPYRIGHT INFRINGEMENT AGAINST DEFENDANT)
### (17 U.S.C. §§ 106, 501)

13.    Plaintiff incorporates by reference each and every allegation contained in Paragraphs 1-12 above.

14.    Outer Places infringed Plaintiff's copyright in the Photograph by reproducing and publicly displaying the Photograph on the Website. Outer Places is not, and has never been, licensed or otherwise authorized to reproduce, publically display, distribute and/or use the Photograph.

15.    The acts of Defendant complained of herein constitute infringement of Plaintiff's copyright and exclusive rights under copyright in violation of Sections 106 and 501 of the Copyright Act, 17 U.S.C. §§ 106 and 501.

16.     Upon information and belief, the foregoing acts of infringement by Defendant have been willful, intentional, and purposeful, in disregard of and indifference to Plaintiff's rights.

17.     As a direct and proximate cause of the infringement by the Defendant of Plaintiff's copyright and exclusive rights under copyright, Plaintiff is entitled to damages and Defendant's profits pursuant to 17 U.S.C. § 504(b) for the infringement.

**SECOND CLAIM FOR RELIEF**
**INTEGRITY OF COPYRIGHT MANAGEMENT INFORMATION AGAINST**
**DEFENDANT**
**(17 U.S.C. § 1202)**

18.     Plaintiff incorporates by reference each and every allegation contained in Paragraphs 1-17 above.

19.     Upon information and belief, intentionally and knowingly removed copyright management information identifying Plaintiff as the photographer of the Photograph.

20.     The conduct of Outer Places violates 17 U.S.C. § 1202(b).

21.     Upon information and belief, Outer Places falsification, removal and/or alteration of the aforementioned copyright management information was made without the knowledge or consent of Plaintiff.

22.     Upon information and belief, the falsification, alteration and/or removal of said copyright management information was made by Outer Places intentionally, knowingly and with the intent to induce, enable, facilitate, or conceal their infringement of Plaintiff's copyright in the Photograph. Outer Places also knew, or should have known, that such falsification, alteration and/or removal of said copyright management information would induce, enable, facilitate, or conceal their infringement of Plaintiff's copyright in the Photograph.

23.    As a result of the wrongful conduct of Outer Places as alleged herein, Plaintiff is entitled to recover from Outer Places the damages, that he sustained and will sustain, and any gains, profits and advantages obtained by Outer Places because of their violations of 17 U.S.C. § 1202, including attorney's fees and costs.

24.    Alternatively, Plaintiff may elect to recover from Outer Places statutory damages pursuant to 17 U.S.C. § 1203(c) (3) in a sum of at least $2,500 up to $25,000 for each violation of 17 U.S.C. § 1202.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff respectfully requests judgment as follows:

1.    That Defendant Outer Places be adjudged to have infringed upon Plaintiff's copyrights in the Photograph in violation of 17 U.S.C §§ 106 and 501;

2.    The Defendant Black Sports be adjudged to have falsified, removed and/or altered copyright management information in violation of 17 U.S.C. § 1202.

3.    That, with regard to the Second Claim for Relief, Plaintiff be awarded either: a) Plaintiff's actual damages and Defendant's profits, gains or advantages of any kind attributable to Defendant's falsification, removal and/or alteration of copyright management information; or b) alternatively, statutory damages of at least $2,500 and up to $ 25,000 for each instance of false copyright management information and/or removal or alteration of copyright management information committed by Defendant pursuant to 17 U.S.C. § 1203(c);

4.    That Plaintiff be awarded Plaintiff's actual damages and Defendant's profits, gains or advantages of any kind attributable to Defendant's infringement of Plaintiff's Photograph;

5. That Defendant be required to account for all profits, income, receipts, or other

  benefits derived by Defendant as a result of its unlawful conduct;

6. That Plaintiff be awarded his costs, expenses and attorneys' fees pursuant to

  17 U.S.C. § 1203(b);

7. That Plaintiff be awarded pre-judgment interest; and

8. Such other and further relief as the Court may deem just and proper.

## **DEMAND FOR JURY TRIAL**

  Plaintiff hereby demands a trial by jury on all issues so triable in accordance with Federal

Rule of Civil Procedure 38(b).


Dated: Valley Stream, New York
   September 10, 2018

            LIEBOWITZ LAW FIRM, PLLC

            By: /s/Richard Liebowitz
            Richard Liebowitz
            11 Sunrise Plaza, Suite 305
            Valley Stream, New York 11580
            Tel: (516) 233-1660
            RL@LiebowitzLawFirm.com

            *Attorneys for Plaintiff Steve Sands*