UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
———————————————————————— X
STEVE SANDS,                              :
                                          :   18 Civ. No. 8228 (VM)
                Plaintiff,     :
                                          :   RULE 7.1 STATEMENT
     -against-                          :
                                          :
OUTER PLACES LLC,                         :
                                          :
                Defendant.     :
———————————————————————— X

      Pursuant to Federal Rule of Civil Procedure 7.1 and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for defendant Outer Places LLC certifies that there are no corporate parents, affiliates and/or subsidiaries of said party that are publicly held.

Dated: New York, New York
       November 2, 2018

                                                Respectfully Submitted,

                                                SULLIVAN & WORCESTER LLP

                                                By: /s/ Barron M. Flood
                                                Gerry Silver, Esq.
                                                Barron M. Flood, Esq.
                                                1633 Broadway
                                                New York, New York 10019
                                                (T) (212) 660-3000
                                                (F) (212) 660-3001
                                                gsilver@sandw.com
                                                bflood@sandw.com

                                                *Attorneys for Defendant*