```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/30/18
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
STEVE SANDS,                            :
                                        :
                    Plaintiff,          :    18 Civ. 8228 (VM)
                                        :
        - against -                     :    **ORDER**
                                        :    **MEDIATION REFERRAL**
OUTER PLACES, LLC,                      :
                                        :
                    Defendant.          :
----------------------------------------X

**VICTOR MARRERO, United States District Judge.**

The Court, having reviewed the papers filed by the parties in this action and considered their respective positions expressed at the initial conference held on November 30, 2018, and in letter correspondence dated November 28, 2018 (Dkt. No. 13-1), finds that mediation may facilitate the resolution of this litigation. Accordingly, it is hereby

**ORDERED** that this case is referred to the Court's Mediation Program for further proceedings. The parties are hereby notified that Local Rule 83.9 shall govern the mediation and are directed to participate in the mediation in good faith. Except upon leave of this Court otherwise granted, the mediation proceedings will have no effect upon any scheduling Order issued by this Court.

**SO ORDERED.**

Dated:   New York, New York
         30 November 2018

                                    _____
                                         VICTOR MARRERO
                                            U.S.D.J.