```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------X
STEVE SANDS,                              :
                                          :   18 Civ. 8228 (VM)
                Plaintiff,                :
                                          :   ORDER
      -  against  -                       :
                                          :
OUTER PLACES LLC,                         :
                                          :
                Defendant.                :
-----------------------------------------X
```

**VICTOR MARRERO**, United States District Judge.

A review of the Docket Sheet for this case indicates that there has been no record of any proceedings or filings of any papers or correspondence with the Court since March 7, 2019. At that time, the Court received notice that mediation of this case was unsuccessful. Accordingly, it is hereby

**ORDERED** that Plaintiff inform the Court, by Monday, July 8, 2019, concerning the status of this action and Plaintiff's contemplation with regard to any further proceedings. In the event no timely response to this Order is submitted, the Court may dismiss the action without further notice for lack of prosecution.

**SO ORDERED.**

Dated:   New York, New York
         1 July 2019

                                        _____
                                        VICTOR MARRERO
                                        U.S.D.J

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/1/19
```