UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

| | |
|---|---|
| STEVE SANDS, | : |
| Plaintiff, | : |
| -against- | : |
| | : Case No. 1:18-cv-8228 (VSM) |
| OUTER PLACES LLC, | : |
| | : **NOTICE OF WITHDRAWAL OF** |
| Defendant. | : **APPEARANCE** |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

**PLEASE TAKE NOTICE THAT**, pursuant to Rule 1.4 of the Local Rules for the United States District Courts for the Southern and Eastern Districts of New York, the undersigned hereby withdraws as an attorney of record for Defendant Outer Places LLC ("Defendant"), as I am no longer with the firm of Sullivan & Worcester LLP.  Gerald D. Silver of Sullivan & Worcester LLP will continue to serve as counsel of record to Defendant in the above-referenced matter.  I hereby request that my name and email address be removed from the case's official docket.

Dated: July 17, 2019            Respectfully submitted,
       New York, New York

                                By: /s/  Barron M. Flood
                                Barron M. Flood
                                Pierce Bainbridge Beck Price & Hecht LLP
                                277 Park Avenue, 45, Fifth Floor
                                New York, New York 10172
                                Tel: (212) 484-9866
                                bflood@piercebainbridge.com

**IT IS SO ORDERED.**

Dated: _____, 2019            _____
                                JUDGE VICTOR MARRERO
                                UNITED STATES DISTRICT JUDGE

**CERTIFICATE OF SERVICE**

    I, Barron M. Flood, hereby certify that on July 17, 2019, I caused the following foregoing document to be filed electronically with the Clerk of Court by using the CM/ECF system which will serve notification of such filing to all counsel of records in this action.

                                                               /s/ Barron M. Flood