UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
STEVE SANDS,

                      Plaintiff,

    -against-

OUTER PLACES LLC,

                      Defendant.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/8/19

Case No. 1:18-cv-8228 (VSM)

**NOTICE OF WITHDRAWAL OF APPEARANCE**

**PLEASE TAKE NOTICE THAT**, pursuant to Rule 1.4 of the Local Rules for the United States District Courts for the Southern and Eastern Districts of New York, the undersigned hereby withdraws as an attorney of record for Defendant Outer Places LLC ("Defendant"), as I am no longer with the firm of Sullivan & Worcester LLP. Gerald D. Silver of Sullivan & Worcester LLP will continue to serve as counsel of record to Defendant in the above-referenced matter. I hereby request that my name and email address be removed from the case's official docket.

Dated: July 17, 2019
       New York, New York

Respectfully submitted,

By: /s/ Barron M. Flood
Barron M. Flood
Pierce Bainbridge Beck Price & Hecht LLP
277 Park Avenue, 45, Fifth Floor
New York, New York 10172
Tel: (212) 484-9866
bflood@piercebainbridge.com

**IT IS SO ORDERED.**

Dated: 18 July, 2019

JUDGE VICTOR MARRERO
UNITED STATES DISTRICT JUDGE