UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
───────────────────────────────── X
STEVE SANDS,                      :
                                  :
          Plaintiff,              :     1:18 Civ. 8228 (VSM)
                                  :
     -against-                    :
                                  :     **NOTICE OF APPEARANCE**
OUTER PLACES LLC,                 :
                                  :
          Defendant.              :
───────────────────────────────── X

TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:

Please enter my appearance as counsel in this case for defendant Outer Places LLC.  I certify that I am admitted to practice before this Court.

Dated: New York, New York
       July 28, 2019

                                  /s/Anna Lea Setz
                                  Anna Lea Setz

                                  Sullivan & Worcester LLP
                                  1633 Broadway
                                  New York, New York 10019

                                  Telephone: (212) 660-3000
                                  Facsimile: (212) 660-3001
                                  Email: asetz@sullivanlaw.com